UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TONY AVEYARD,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE
COMPANY, *et al.*,

    Defendants.

Case No. 1:12-cv-271

Judge Timothy S. Black

### AMENDED CALENDAR ORDER

This civil action is before the Court on the parties' second joint motion to amend the calendar. (Doc. 13). For good cause shown, the motion is hereby **GRANTED** and the calendar is amended as follows:

| | |
|---|---|
| Discovery deadline: | January 14, 2013 |
| Date by which Defendants shall file Administrative Record: | February 4, 2013 |
| Cross Motions for Judgment on the Record: | February 7, 2013 |
| Responses to Cross Motions: | March 7, 2013 |

**IT IS SO ORDERED.**

Date: 12/21/12

Timothy S. Black
United States District Judge