IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TONY AVEYARD | ) | CASE NO. 1:12-cv-271 |
| | ) | |
| Plaintiff | ) | JUDGE TIMOTHY S. BLACK |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN LIFE INSURANCE | ) | **JUDGMENT ENTRY** |
| COMPANY, ET AL. | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

By agreement of the parties, pursuant to Fed. R. Civ. P. 41(a)(2), this case is dismissed with prejudice with each party paying its own costs and attorney's fees.

_____
Judge Timothy S. Black

Approved By:

s/Claire W. Bushorn
CLAIRE W. BUSHORN (#0087167)
Attorney for Plaintiff

s/C. Scott Lanz
C. SCOTT LANZ          (#0011013)
Attorney for Defendants

{M0293900.1}